**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
andrew_lah@fd.org

Attorneys for Defendant Mr. Smith

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ2429 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| **MATTHEW ALEXSANDER SMITH,** ) | |
| Defendant. ) | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Andrew Lah, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                  Respectfully submitted,

Dated: August 11, 2008                   *s/ ANDREW LAH*
                                                  Federal Defenders of San Diego, Inc.
                                                    Attorneys for Defendant
                                                    andrew_lah@fd.org

**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
andrew_lah@fd.org

Attorneys for Mr. Smith

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08MJ2429 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **PROOF OF SERVICE** |
| MATTHEW ALEXSANDER SMITH, | ) ) ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**Assistant United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: August 11, 2008                             *s/ ANDREW LAH*
                                                                       **ANDREW LAH**
                                                                       Federal Defenders of San Diego, Inc.,
                                                                       andrew_lah@fd.org